Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
VORNADO OFFICE MANAGEMENT, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X  21 MC 102 (AKH)
JOSE BALAREZO,

             Index No.: 07-CV-1468

      Plaintiff(s),

             **NOTICE OF ADOPTION OF ANSWER**
 -against-           **TO MASTER COMPLAINT**

120 LIBERTY STREET LLC., *et al.*,   **ELECTRONICALLY FILED**

      Defendant(s).
-------------------------------------------------------X

  PLEASE TAKE NOTICE that Defendant, VORNADO OFFICE MANAGEMENT, LLC, by its attorneys, McGIVNEY & KLUGER, P.C., as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer to Master Complaint dated August 1, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

  WHEREFORE, the defendant, VORNADO OFFICE MANAGEMENT, LLC, demands judgment dismissing the above-captioned action as against it,

together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       December 7, 2007

                                              Yours etc.,

                                              McGIVNEY & KLUGER, P.C.
                                              Attorneys for Defendant
                                              VORNADO OFFICE MANAGEMENT, LLC

                                              By: _____
                                                 Richard E. Leff (RL-2123)
                                                 80 Broad Street, 23rd Floor
                                                 New York, New York 10004
                                                 (212) 509-3456

TO:    WORBY GRONER & NAPOLI BERN, LLP
         Plaintiffs Liaison
         In Re Lower Manhattan Disaster Site
         Litigation
         115 Broadway, 12th Floor
         New York, New York 10006
         (212) 267-3700

         All Defense Counsel